# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RANDOLPH HUNT | )<br>)<br>)<br>) |

Case No: 3:02-cr-00199
USM No: 09313-058

Date of Original Judgment: _____02/11/2019_____
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Joshua Carpenter
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __thirty-nine (39)__ months **is reduced to** __time served plus up to ten (10) days__.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Upon Defendant's Motion, and with the Government's consent, the Court GRANTS Defendant's Motion for Reduction of Sentence under the First Step Act of 2018. (Doc. No. 151). Defendant's sentence is reduced to time served plus up to ten (10) days in order for the Bureau of Prisons to process his release. Due to the time served sentence reduction, the Motions for Compassionate Release (Doc. No. 146), Appointment of Counsel (Doc. No. 149), and Extension of Time (Doc. No. 152) are denied as MOOT.

Except as otherwise provided, all provisions of the judgment dated __02/11/2019__ shall remain in effect.

**IT IS SO ORDERED**.

Signed: July 6, 2021

Frank D. Whitney
United States District Judge